**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| DENNIS HOLLIDAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  3:11-cv-00314-WDS-PMF |
| ) | |
| VIRTUOSO SOURCING GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, DENNIS HOLLIDAY, by and through his attorneys, KROHN & MOSS, LTD., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) – voluntary dismissal by Plaintiff without court order – hereby voluntarily dismisses this case as to Defendant, VIRTUOSO SOURCING, GROUP, LLC without prejudice.

Dated: December 27, 2011                   RESPECTFULLY SUBMITTED,

By: */s/ Michael S. Agruss*
Michael S. Agruss
KROHN & MOSS, LTD.
10 N. Dearborn St. Fl. 3
Chicago, IL 60602
PH: 328-988-2400
FX: 866-620-2956
Magruss@consumerlawcenter.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on December 27, 2011, I filed the foregoing Notice of Voluntary Dismissal Without Prejudice through the CM/ECF electronic filing system, which will automatically send notice of same to the following:

Nicole M. Strickler
MESSER & STILP, LTD.
166 W. Washington St. Suite 300
Chicago, IL 60602
PH: 312-334-3476
strickler@messerstilp.com
Attorneys for Defendant

                                                                                       By: /s/ Michael S. Agruss
                                                                                       Michael S. Agruss